## Unterreiner et al., Appellants, *v.* Turtle Creek Borough.

■■■■■■■■■■■■■■■■■■■■■■■■■■■

Argued October 6, 1931. Before FRAZER, C. J., WALL-ING, SIMPSON, KEPHART, SCHAFFER, MAXEY and DREW, JJ.

342

344

346

*Harry J. Nesbit,* with him *Michael E. Evashwick,* for appellants.

*G. Malcolm McDonald,* for appellee.

PER CURIAM, November 23, 1931:
The order entering judgment non obstante veredicto for defendant is affirmed on the opinion of the learned trial judge which sets forth so fully and correctly the facts developed by the testimony and the law applicable thereto that nothing additional need be said by this court.
Judgment affirmed.